# Exhibit D

# ANNEX 3

STATE OF NEW YORK )
                  )  ss.:
COUNTY OF NEW YORK )

          I, MICHAEL HECHT, being duly sworn, depose and say:

1.  That I was the accountant for The Jimi Hendrix Experience from July, 1968

until shortly after Mr. Hendrix's death.  I continue to act as accountant

for Mr. John Mitchell and Mr. Noel Redding.

2.  That one of my responsibilities as accountant was to receive and disburse

all monies earned and received by said individuals or any of their corporations

or other entities.

3.  That in such capacity all net monies earned by The Jimi Hendrix Experience

which consisted of Jimi Hendrix, Noel Redding, and John Graham Mitchell

including all monies earned on the sale of recordings were, after deduction

of appropriate expenses, paid out in the following proportions:   Fifty (50%)

percent to Jimi Hendrix; Twenty-Five (25%) percent to Noel Redding; Twenty-

Five (25%) percent to John Graham Mitchell.

4.  That these payments were made pursuant to the agreement between Mr. Hendrix,

Mr. Redding and Mr. Mitchell which agreement was confirmed to me by all parties

on numerous occasions.

5.  All parties were aware at all times of my manner of disbursing monies.

6.  It is my clear understanding that the agreement which existed between

Mr. Hendrix, Mr. Redding, and Mr. Mitchell was for them to share all monies

earned, including record royalties, in the proportion of Fifty (50%) percent

to Mr. Hendrix;  Twenty-Five (25%) percent to Mr. Redding;  Twenty-Five

(25%) percent to Mr. Mitchell.


MICHAEL HECHT

Sworn to before me this 15

day of SEPTEMBER, 1971

BARRY JAY REISS
Notary Public, State of New York
No. 52-3247515
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires March 30, 1973