# Exhibit E-2

## SCHEDULE C

| Date | Payee | | Amount |
|---|---|---|---|
| 9/30/70 | Steingarten, Wedeen & Weiss, Esqs. Disbursements 9/22 - 9/30/70: | | |
| | Surrogate's Court filing fee | $100.00 | |
| | Dinner conference - Messrs. Hendrix, Pasco Steingarten, Hecht, Karpel | 63.45 | |
| | Air fare - Messrs. Hendrix, Pasco Seattle-NY round trip | 616.00 | |
| | Hotel - Messrs. Hendrix, Pasco & misc. expenses (N.Y.C.) | 214.75 | |
| | Carfare and miscellaneous fees | 90.76 | |
| | Xerox | 9.55 | |
| | | | $ 1,094.51 |
| 9/30/70 | Bob's Garage - to release workman's lien on decedent's auto | | 142.30 |
| 10/ 5/70 | James L. Murray, Jr. - premium for Administrator's bond | | 1,415.00 |
| 10/ 6/70 | Bing & Bing, Inc. - landlord's claim for cancellation of lease | | 1,100.00 |
| 10/ 9/70 | Cash - Administrator's out-of-pocket expenses for trip to California for Warner Bros. negotiations | | 322.00 |
| 10/ 9/70 | Columbia Funeral Home - funeral | | 1,569.63 |
| 10/14/70 | Dunlap Baptist Church - honorarium for funeral services | | 150.00 |
| 10/14/70 | Rev. H. E. Blackburn - honorarium for funeral services | | 50.00 |

*Henry W. Steingarten*
Henry W. Steingarten, Administrator

Continued - SCHEDULE C                                                                 Page 2

| Date | Description | Amount |
|---|---|---|
| 10/19/70 | Gerald Stickells; out-of-pocket expenses for packing; changing locks, gratuity to building superintendent, moving truck, for vacating decedent's apartment at 59 West 12th Street, New York City | $ 137.95 |
| 10/19/70 | Bing & Bing, Inc. - landlord's claim, replace locks, repair window, replace keys for decedent's apartment at 59 West 12th Street, New York City | 93.35 |
| 10/19/70 | Wally Heider Recording Studios - to release lien on decedent's recording tapes in creditor's possession | 2,859.61 |
| 10/19/70 | Gerald Stickells - out-of-pocket expenses for trip to California to collect tapes | 586.08 |
| 10/30/70 | Greenwood Memorial Park - cemetery plot | 535.00 |
| 10/30/70 | G. W. Green, Inc. - rental of moving truck, moving expenses | 590.00 |
| 10/30/70 | Gerald Stickells - out-of-pocket expenses for packing and storage charges for materials vacated from decedent's apartment | 104.40 |
| 11/ 9/70 | Steingarten, Wedeen & Weiss, Esqs. Disbursements 10/6 - 11/6/70: | |
| | Airfare - Steingarten court appearance in Miami for 1968 Pop Music Festival, Bankrupt     $ 270.30 | |
| | Telephone- London, Miami, etc.    191.90 | |
| | Telegraph charges - Mr. Hendrix    23.28 | |
| | Xerox    16.04 | |
| | Dinner conference - Messrs. Steingarten, Chandler, et al re Hendrix tapes    71.20 | |

_____
Henry W. Steingarten, Administrator

Continued - SCHEDULE C                                Page 3

|  |  |  |  |
|---|---|---|---|
|  | Court fees (Letters) | $ 10.00 |  |
|  | Carfare | 10.60 |  |
|  | Misc. | 44.88 |  |
|  |  |  | $ 638.20 |

11/17/70   Steingarten, Wedeen & Weiss, Esqs.
           Reimbursement for funds advanced to
           James Hendrix, Sr. for attendance
           at NAACP memorial award dinner                    450.00

11/17/70   Wally Heider Recording Studios -
           balance to release lien on tapes                  324.94

11/19/70   New York Times
           - classified ad for sale of auto                    9.95

12/1/70    Steingarten, Wedeen & Weiss, Esqs.
           Disbursements 11/10 - 11/19/70:

           Airfare and out-of-pocket ex-
           penses, Steingarten court
           appearance in Miami              $ 270.60

           Airfare and out-of-pocket
           expenses Michael Jeffery
           court appearance as
           witness in Miami                   200.00

           Telephone                          106.37
           Xerox                               12.75
           Carfare and miscellaneous            4.25
                                                             $ 593.97

12/4/70    Priestley Reporting Service
           - transcript of Court hearing in 1968
           Pop Music Festival bankruptcy proceedings          12.00

12/10/70   New York Times - classified ad for
           sale of auto                                        9.95

12/29/70   Steingarten, Wedeen & Weiss, Esqs.
           Disbursements  12/9 - 12/29/70:
           Airfare & out-of-pocket expenses,
           Steingarten court appearance
           in Miami                         $324.10

                              _____
                              Henry W. Steingarten, Administrator

Continued - SCHEDULE C                                                Page 4

|  |  |  |
|---|---|---|
|  | Telephone        $ 46.69 | |
|  | Xerox              36.75 | |
|  | Carfare, postage, misc.  13.57 | $ 421.11 |
| 1/12/71 | Gunn & Venney, Esqs. - Disbursements 1968 Pop Music Festival | 250.10 |
| 1/26/71 | Bracewell & <u>Patterson</u>, Esqs. Fees and disbursements re Southwest Concerts v. Hendrix | 595.48 |
| 1/26/71 | Steingarten, Wedeen & Weiss, Esqs. Disbursements 1/1 - 1/26/71: | |
|  | Out of pocket expenses Steingarten conference with Warner Bros.& Branton-Los Angeles   $45.72 | |
|  | Xerox                7.65 | |
|  | Telephone            2.31 | |
|  | Carfare, postage, misc.  19.11 | 74.79 |
| 1/28/71 | Michael Jeffery - management commissions due per agreement with decedent | 20,000.00 |
| 2/ 2/71 | Interstate Skip Tracers, Inc. - locating William Walsh, suspected record bootlegger | 22.00 |
| 2/10/71 | Steingarten, Wedeen & Weiss, Esqs. Disbursements 1/29 - 2/9/71: | |
|  | Luncheon conference, Messrs. Steingarten, Karpel, Howard, Hagood   $38.90 | |
|  | Xerox                22.37 | |
|  | Carfare, postage, misc.  7.15 | 68.42 |
|  |  | $ 34,220.74 |

*Henry W. Steingarten*, Administrator

SCHEDULE C-1

-N-O-N-E-

Henry W. Steingarten, as attorney for the Estate, has petitioned this Court for an allowance in the sum of $27,500.00 as and for his attorney's fee for services rendered to the Estate. See the "Affidavit of Services Rendered" submitted herewith.

_____
Henry W. Steingarten, Administrator

## SCHEDULE D

1. Creditor's claims presented, allowed and paid:

| Date of Payment | Creditor | Amount Paid |
|---|---|---|
| **1970** | | |
| 10/12 | Internal Revenue Service - On account 1969 income taxes | $ 17,500.00 |
| 10/16 | Internal Revenue Service - On account 1969 income taxes | 23,195.00 |
| **1971** | | |
| 1/11 | Internal Revenue Service - On account 1969 income taxes | 25,000.00 |
| 1/28 | Internal Revenue Service - On account 1969 income taxes | 60,000.00 |
| 2/10 | Internal Revenue Service - On account 1969 income taxes | 65,000.00 |
| | Total | $190,695.00 |

_____
Henry W. Steingarten, Administrator

Continued - SCHEDULE D                                    Page 2.

2. Creditor's claims presented and allowed but not paid:

| Date Claim Received | Creditor | Amount of Claim |
|---|---|---|
| **1970** | | |
| 9/25 | Internal Revenue Service | $ 215,709.00 |
| | less: (1) tax withheld  $ 20,000.00 | |
| | (2) payments  190,695.00 | 210,695.00 |
| | | $  5,014.00 |
| | plus: (1) interest accrued to 12/31/70 | 8,035.75 |
| | Balance Due | $ 13,049.75 |
| 9/25 | State of New York, Department of Taxation - 1969 income taxes | 40,567.00 |
| 9/25 | City of New York, Income Tax Bureau - 1969 income taxes | 5,693.00 |
| 10/15 | Strand Hotels, Ltd. (London) - hotel bill (₤114/18/11d.) | 275.88 |
| 10/6 | Arthur Anderson & Co. - accountants' fees | 420.00 |
| 10/28 | Consolidated Edison of New York - utility charges | 11.13 |
| 12/7 | Rickenbacker - musical equipment | 1,277.50 |
| **1971** | | |
| 1/12 | Ardel Travel Bureau - airline tickets | 887.10 |
| 1/15 | Gerrard Car Hire | 57.60 (₤24/0/0d) |

Henry M. Steingarten, Administrator

SCHEDULE E

NONE

_Henry W. Steingarten_
Henry W. Steingarten, Administrator

SCHEDULE F

| | Description of Property | Value |
|---|---|---|
| (a) | On deposit at Chemical Bank<br>425 Park Avenue<br>New York, N.Y.<br>(Account No. 040-492648) | $ 24,909.82 |
| (b) | 200 Shares common stock of<br>Bella Godiva Music, Inc.<br>(close corporation) | (subject to appraisal) |
| (c) | 100 Shares common stock of<br>Electric Lady, Inc.<br>(close corporation) | (subject to appraisal) |
| (d) | 100 Shares common stock of<br>Are You Experienced, Ltd. ?<br>(close corporation) | (subject to appraisal) |
| (e) | 100 Shares of common stock of<br>Acidual Free Incorporated<br>(close corporation) | (subject to appraisal) |
| (f) | On deposit at Barclay's Bank, Ltd.<br>Paddington Branch<br>127/129 Edgware Road<br>London, England | $ 262.76<br>(₤ 109/9/8d) |
| (g) | On account with Goodman, Derrick & Co.,<br>Solicitors<br>4, Little Essex Street<br>Strand<br>London, WC2R 3 LD<br>England | $ 21,175.20<br>(₤ 8,823/0/0d) |

Henry W. Steingarten, Administrator

Continued - SCHEDULE F                                                      Page 2

| | Description of Property | Value |
|---|---|---|
| (h) | On account with Litmusic Publishing Co., Ltd.<br>c/o B. H. Lyons, Chartered Accountants<br>Ashbourne House<br>146, Ashbourne Parade<br>Finchley Road<br>London W. 1, England | $ 1,500.78<br>(₤ 625/6/6d) |
| (i) | On account with Warner Bros., Inc.<br>666 Fifth Avenue<br>New York, N.Y.<br>(approx.) | $400,000.00 |
| (j) | On account with Capitol Records, Inc.<br>1290 Avenue of the Americas<br>New York, N.Y.<br>(approx.) | $250,000.00 |
| (k) | On account with Track Records, Ltd.<br>70 Old Compton Street<br>London, W.1, England<br>(approx.) | $ 78,000.00 |
| (l) | Future royalties to be paid by the following, pursuant to contract, in amounts yet to be determined:<br><br>1. Warner Bros., Inc., pursuant to contract with decedent dated 6/24/68, as amended.<br>        (record royalties - U.S. & Canada)<br><br>2. Sea-Lark Enterprises, pursuant to contract with Yameta Co., Ltd. on behalf of decedent dated 6/8/67, as amended.<br>        (publishing royalties - world wide) | |

_Henry W. Steingarten_
Henry W. Steingarten, Administrator

Continued - SCHEDULE F                                          Page 3

Description of Property                                          Value

3. Capitol Records, Inc., pursuant to
   contract with decedent, et al.,
   dated 6/24/68.
   (record royalties)

4. Track International (Holdings) Ltd.,
   pursuant to contract with Michael
   Jeffery on behalf of decedent, dated
   1/11/67, as amended.
   (record royalties - foreign)

5. Deutschegrammophon GmbH,
   pursuant to contract with Michael
   Jeffery on behalf of decedent (and
   his Estate), dated 2/19/71.
   (record royalties - foreign)

6. Atlantic Recording Corporation, (Woodstock)
   pursuant to contracts with Administrator
   dated as of March 1, 1970 and January 1,
   1971.
   (record royalties - Woodstock album)

7. Audio Fidelity Enterprises, Inc.
   pursuant to contract, yet to be executed,
   with Warner Bros., Michael Jeffery and
   Estate.
   (record royalties - The Squires album)

8. Barclay Records, Ltd.,
   pursuant to contract with Michael Jeffery
   on behalf of decedent.
   (record royalties - foreign)

Miscellaneous musical equipment now in the
possession of John Mitchell,
   Newick Lane
   Heathfield                                              (subject to
   Sussex, England                                         appraisal)

                                    Henry W. Steingarten, Administrator

Continued - SCHEDULE F                                       Page 4

Description of Property                                      Value

(n) Claim for royalties due from
    Globe Albums & Productions, Inc.
    Cardinal Industrial Park
    Gilpin Avenue
    Hauppauge, N.Y. 11788                            (subject to
                                                     accounting)

(o) Causes of action against:

    1. Steven Gold, Jerry Goldstein and
       Everest Records (unauthorized
       use of motion picture sound tracks)
          - action commenced or to be
            commenced by Warner Bros. on
            its own behalf and on behalf
            of Estate

    2. Chaytin Records and All-Platinum Records,
       Inc. (unauthorized release and sale
       of recordings)
          - action to be commenced by
            Warner Bros., as above

    3. Pollock Records, Inc. and Buddah Records,
       Inc. (unauthorized release and sale
       of recordings)
          - action to be commenced by
            Warner Bros., as above

    4. Persons yet unknown for unauthorized release    Ember Records
       and sale of "Wave Experience" recording         Ent intend.
       in United Kingdom and Europe

(p) Claim for share of royalties paid to Michael Jeffery by
    foreign licensees, to which Estate is entitled to
    net, less management commissions; subject to fur-
    ther accounting, but approximately                    $33,200.00


                                    Larry W. _____, Administrator