# Exhibit F

# ANNEX 5

ATTN. MS CHRISTINE LEPERA    FROM MR NOEL REDDING.    (73)

## RELEASE, ASSIGNMENT AND COVENANT NOT TO SUE

*(wrong name of) group*

WHEREAS, I, NOEL REDDING, previously performed as a professional musician as a part of a group known professionally as "ARE YOU EXPERIENCED", *wrong name.* in which said group JIMI HENDRIX was the lead performer, and

WHEREAS, said performances consisted of personal appearances, recording sessions, personal appearance performances which were recorded, and personal appearance performances which were filmed, and

WHEREAS, I have heretofore made certain claims and filed certain lawsuits against the Estate of JIMI HENDRIX, deceased, in the City of New York, State of New York, United States of America, and against Warner Brothers Records in Los Angeles, California, United States of America, and I have further made certain claims against Warner Brothers Pictures arising out of its intended use of my sound and likeness in a proposed documentary film on the life of JIMI HENDRIX, and

WHEREAS, it is my desire to settle all of said claims. I, therefore, for myself, my heirs, executors and administrators, in consideration of the sum of One Hundred Thousand ($100,000.00) Dollars to me paid by the Estate of JIMI HENDRIX, deceased, the receipt of which is hereby acknowledged, do by this instrument agree as follows:

1. I hereby release the Estate of JIMI HENDRIX ①, deceased, "ARE YOU EXPERIENCED" ②, a corporation, the stock of which is owned by the Estate of JIMI HENDRIX, deceased, Warner Brothers Records ③, and any and all other record companies ④ throughout the world with whom JIMI HENDRIX in his lifetime, or the Estate

⑤ past contracts    ⑥ future contracts

*ORIGINAL COPY OF NR Release!*

*referring to foreign royalty debts done in 72. N.D.R.*

of JIMI HENDRIX, deceased, have entered into contracts or agreements for the distribution and sale of recordings of JIMI HENDRIX on which I performed, from any and all liability or responsibility to me to account for any royalties or compensation to me in connection with said recordings.  I further covenant not to sue any such record companies for compensation arising out of distribution of such recordings.  By this release I acknowledge full settlement of any compensation which I may claim in connection with earnings on said recordings in the past, as well as any earnings which might result in the future, both in the United States and throughout the rest of the world.

2. I hereby release the Estate of JIMI HENDRIX, deceased, and Warner Brothers Pictures from any and all claims which I may have for their use of my likeness and sound in connection with the motion picture on the life of JIMI HENDRIX currently in production by Warner Brothers Pictures, including any sound track recordings from said film. I hereby assign to the Estate of JIMI HENDRIX, deceased, all right to grant consent for the use of my likeness and sound which may have been filmed and recorded at any time in connection with my performance as a part of the ARE YOU EXPERIENCED group in conjunction with the performance of JIMI HENDRIX. I further covenant with the Estate of JIMI HENDRIX, deceased, forever to refrain from instituting or in any way aiding any claim, demand, action or cause of action for damages, expense or compensation against said estate in connection with my performance or performances in connection with the ARE YOU EXPERIENCED group.

3. This release goes to any recordings which may be released or mastered in the future as well as those already in release and goes to world-wide rights.

4. I further agree that my attorneys are instructed to enter dismissals with prejudice and stipulations for discontinuance of any and all actions which I have heretofore caused to be filed

in any court in any jurisdiction of the world.

    WITNESS my hand and seal this 22ⁿᵈ day of _April_, 1973, at _London, England_.

N.D.R.
M.R.S.

_____
NOEL REDDING

APPROVED by MICHAEL SHAPIRO, attorney for NOEL REDDING.

_____
MICHAEL SHAPIRO

\* **Nothing contained** herein shall in any way be deemed a waiver of or with prejudice to my claim and/or claims as against Yameta Corporation, a Bahamian Corporation, or its successors in interest, assignees or its officers and directors.

N.D.R.
M.R.S.

## RELEASE, ASSIGNMENT AND COVENANT NOT TO SUE

WHEREAS, I, JOHN GRAHAM MITCHELL, previously performed as a professional musician in a group known professionally as "THE JIMI HENDRIX EXPERIENCE" in which the said JIMI HENDRIX was the lead performer; and

WHEREAS, said performances consisted of personal appearances, recording sessions, personal appearance performances which were recorded, and personal appearance performances which were filmed; and

WHEREAS, I have heretofore made certain claims and filed a certain lawsuit against the ESTATE OF JIMI HENDRIX, deceased, and against a corporation, Are You Experienced Ltd., a corporation fully owned and/or controlled by the ESTATE OF JIMI HENDRIX, said lawsuit having been instituted in the Supreme Court of the State of New York, County of New York, United States of America; and

WHEREAS, it is my desire to settle all of said claims as against the ESTATE OF JIMI HENDRIX its successors and/or assigns and Are You Experienced Ltd., its successors and/or assigns, and other persons and/or entities as hereinafter set forth.

I, therefore, for myself, my heirs, executors and administrators, successors and assigns, in consideration of the sum of Two Hundred Forty-Seven Thousand Five Hundred ($247,500.00) Dollars, the receipt of which is hereby acknowledged, in hand paid (by the the ESTATE OF JIMI HENDRIX, deceased ) on my instructions as follows, $17,500 to Stevens H. Weiss, Esq. and $15,000 to Phillips, Nizer, Benjamin, Krim & Ballon (for legal fees and disbursements) and $215,000 to Schecter & Epstein Special Account, do by this instrument agree as follows:

10019638

1. I hereby release the ESTATE OF JIMI HENDRIX, deceased, its successors and/or assigns, Are You Experienced, Ltd., its successors and/or assigns and any and all record companies or other entities with whom said JIMI HENDRIX, his Estate, or their successors or assigns may have contracted in the past, or may contract in the future (excepting those reservations which are specifically set forth in paragraph 6 below) for the distribution and sale of records embodying performances of JIMI HENDRIX on which I performed, including any soundtrack recordings from any and all liability or responsibility to account to me for or pay royalties or other compensation to me in connection with any such recordings.

Further, I covenant, promise and agree not to sue the ESTATE OF JIMI HENDRIX, its successors and/or assigns, Are You Experienced, Ltd., its successors and/or assigns nor any such entities or record companies for compensation arising out of the distribution of any recordings made pursuant to such contracts or agreements.

2. By this release, I acknowledge full settlement of any compensation which I may have claimed, now claim or in the future may claim in connection with earnings on said recordings in the past, as well as any earnings which might result in the future from the sale of such recordings.

3. I hereby release the ESTATE OF JIMI HENDRIX, its successors and/or assigns and Are You Experienced, Ltd., its successors and/or assigns from any and all claims which I may have for the use of my likeness and sound in connection with a motion picture based on the life

-2-

10019639

of JIMI HENDRIX, produced and distributed by and through Warner Bros. Pictures, including any sound track recordings from said film.

4. I further covenant with the ESTATE OF JIMI HENDRIX, its successors and/or assigns and Are You Experienced, Ltd., its successors and/or assigns forever to refrain from instituting or in any way aiding any claim, demand, action or cause of action for damages, expenses or compensation against said Estate and said corporation in connection with my performance or performances as a part of the group known as "The Jimi Hendrix Experience" or as a part of or in connection with any other recordings embodying any performance of the decedent, JIMI HENDRIX.

5. This release and covenant is made by me after negotiations in which I have been represented by counsel of my choice and is made by me on the advice of counsel and is not dependent upon any facts now known nor which may hereinafter be discovered.

6. Specifically excepted, reserved and excluded from this release and covenant not to sue are whatever claims and rights, if any, I, JOHN GRAHAM MITCHELL, may now have against the following: Warner Bros. Pictures with respect to my appearance in a certain motion picture entitled "JIMI HENDRIX, Barclay Records, Track Records, EMBER RECORDS, YAMETA COMPANY LTD., WARNER BROS. RECORDS solely with respect to production services, MICHAEL JEFFERY and the ESTATE OF MICHAEL JEFFERY, CHAS. CHANDLER, MICHAEL JEFFERY and CHAS. CHANDLER doing business in any form (whether corporate, joint venture, partnership or otherwise). Such reservation of rights is not deemed or to be construed as any acquiescense or agreement by the ESTATE OF JAMES M. HENDRIX, its successors and/or assigns, or Are You Experienced, Ltd.,

10019640

-3-

its successors and/or assigns, that I have any rights against such companies and other entities set forth herein. Nor is such reservation of rights to be deemed to be in any way in derogation of any rights which the ESTATE OF HENDRIX, its successors and/or assigns, Are You Experienced, Ltd., its successors and/or assigns may have with respect to any companies and entities set forth herein.

7. I further agree and understand that the word "Recordings" as used herein includes discs, tape recordings, cassettes, audio visual cartridges, and any other means or modes now known and used or hereafter developed and used for the reproduction of sound and sound synchronized with visual images.

8. I further agree that my attorneys are instructed to enter stipulations for discontinuance with prejudice of the said action now pending in the New York County Supreme Court and any other actions or suits which I may have heretofore caused to be filed against the ESTATE OF JIMI HENDRIX and/or Are You Experienced, Ltd. in any jurisdiction throughout the world.

9. This release may not be changed orally.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 30th day of September, 1974.

_____
JOHN GRAHAM MITCHELL

Witness:

APPROVED BY:

PHILLIPS, NIZER, BENJAMIN, KRIM & BALLON
Attorneys for JOHN G. MITCHELL

By: _Phillps Nizer et al by Re_

10019641

-4-

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF NEW YORK   )

On the 35th day of September, 1974, before me personally came JOHN GRAHAM MITCHELL, to me known, and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he executed the same.

_____
Notary Public

EDWARD O. POWERS
NOTARY PUBLIC, STATE OF NEW YORK
No. 41-1612975
Qualified in Queens County
Commission Expires March 30, 1975

Conspiracy.

Both the same plan, in line
with LEO Bronval FRAUD

① This is who is the claim
to have the rights from

10019642