**HERBSMAN HAFER WEBER & FRISCH, LLP**
ATTORNEYS AT LAW
494 EIGHTH AVENUE, SIXTH FLOOR
NEW YORK, NEW YORK 10001

JONAS E. HERBSMAN
J. JEFFREY HAFER
DOROTHY M. WEBER
MICHAEL B. FRISCH

JUDITH A. MEYERS⁺

PETER S. SHUKAT (1970-2014)
ALLEN H. ARROW (1954-2016)

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471

⁺OF COUNSEL

WRITER'S E-MAIL:
dorothy@musiclaw.com

April 21, 2022

<u>**Via ECF**</u>
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

   Re: *Experience Hendrix, L.L.C., et al vs. Noel Redding Estate Ltd., et al*,
      Case No. 22-cv-443

Dear Judge Abrams:

  We are the attorneys for the Plaintiffs in the above-captioned matter. We write pursuant to Your Honor's Individual Rules of Practice 1(D), in order to request a short extension of the initial status conference presently scheduled for April 29, 2022. There have been no previous requests for an adjournment, and the extension will not affect the dates proposed in the Case Management Plan which has been filed.

  Counsel for the Defendants has consented to this request, and we are all available on May 4, 2022, after 11:00 a.m., subject, of course, to the Court's calendar.

Application granted.

The initial pretrial conference is
adjourned to May 4, 2022 at 12:00
p.m.

SO ORDERED.

*/s/ Ronnie Abrams*

Hon. Ronnie Abrams
04/22/22

Respectfully submitted,

Herbsman Hafer Weber & Frisch, LLP

By: _/s/ Dorothy M. Weber_____
   Dorothy M. Weber