UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/18/22

EXPERIENCE HENDRIX, LLC,
AUTHENTIC HENDRIX, LLC, and SONY
MUSIC ENTERTAINMENT,

          Plaintiffs,

v.

NOEL REDDING ESTATE LTD and
MITCH MITCHELL ESTATE LTD,

          Defendants.

No. 22-CV-0443 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Now before the Court is Defendants' motion to dismiss for lack of personal jurisdiction. Plaintiffs have opposed the motion, or in the alternative, sought jurisdictional discovery.  At the May 4, 2022 conference Plaintiffs stated the discovery would be limited in scope, and have made a sufficient showing to justify such discovery here.  *Newbro v. Freed*, No. 03-CV-10308 (PKC), 2004 WL 691392, at *3 (S.D.N.Y. Mar. 31, 2004) ("The federal courts have discretion to order limited discovery to establish personal jurisdiction so long as plaintiff has made a threshold showing of jurisdiction and established that his jurisdictional position is not frivolous.").

    The parties are directed to meet and confer to determine parameters for limited jurisdictional discovery that will minimize expense and delay.  They shall submit a joint status letter no later than June 17, 2022.

SO ORDERED.

Dated:    May 18, 2022
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge