USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/28/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXPERIENCE HENDRIX, LLC, AUTHENTIC HENDRIX, LLC, and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

v.

NOEL REDDING ESTATE LTD and MITCH MITCHELL ESTATE LTD,

Defendants.

No. 22-CV-0443 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 18, 2022, the Court ordered that the parties meet and confer to determine parameters for limited jurisdictional discovery that will minimize expense and delay. On June 17, 2022, the Court received the parties' joint letter outlining a dispute over one category of documents. Plaintiffs stated that the requested documents "reflect corporate conduct of the Defendants concerning the key issues of their funding and insurance, and may well reflect direct or other relevant conduct in New York." Joint Letter at 3. No later than July 6, 2022, Plaintiffs shall file a letter explaining in further detail how the documents regarding corporate conduct may confer jurisdiction and articulating the legal basis for their position, especially given that Defendants have agreed to produce any documents concerning their activity in New York. If Defendants choose to reply they shall do so by July 13, 2022.

SO ORDERED.

Dated:   June 28, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge