UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXPERIENCE HENDRIX, L.L.C.,
AUTHENTIC HENDRIX, LLC and SONY
MUSIC ENTERTAINMENT,

      Plaintiffs,

    v.

NOEL REDDING ESTATE LTD and
MITCH MITCHELL ESTATE LTD,

      Defendants.

No. 22-cv-443 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On May 16, 2023, the Court stayed this action pending resolution of Defendants' action in England.  *See* Dkt. 54.  No later than April 11, 2025, the parties shall file a joint letter updating the Court on the status of the English action.

SO ORDERED.

Dated: April 4, 2025
    New York, New York

                _____
                Ronnie Abrams
                United States District Judge