**HERBSMAN HAFER WEBER & FRISCH, LLP**
Attorneys At Law
494 Eighth Avenue, Sixth Floor
New York, New York 10001

Jonas E. Herbsman
J. Jeffrey Hafer
Dorothy M. Weber
Michael B. Frisch
-----------
Rakhil Kalantarova
-----------
James E. Doherty
Of Counsel

Telephone (212) 245-4580
Telecopier (212) 956-6471
-----------

WRITER'S E-MAIL:
dorothy@musiclaw.com

March 5, 2026

**Via ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1506
New York, New York 10007

      Re:    *Experience Hendrix, L.L.C., et al vs. Noel Redding Estate Ltd., et al,*
              Case No. 22-cv-00443-RA

Dear Judge Abrams:

      In furtherance of our Joint Status Report dated December 30, 2025 (Dkt. 58) (the "Status Report") and in accordance with the Court's Order dated April 14, 2025 (Dkt. 57), the parties in the above-captioned action respectfully submit this joint letter as a supplement to our Status Report on the English action.

      The High Court in England (Claim Number IL-2022-000013), before Mr. Justice Edwin Johnson (the "English Claim"), has provided us with an update on the progress of the judgment. A draft judgment on the merits of the sustained claims is now expected to be issued by the UK Trial Court on the week of April 13, 2026. Both Plaintiffs and Defendants herein request that the Stay remain in place until a judgment is reached in the English Claim.

      The Parties will continue to update this Court regarding the status of the English Claim.

Respectfully submitted,


Herbsman Hafer Weber & Frisch, LLP      Wolf Haldenstein Adler Freeman & Herz LLP


By:   */s/Dorothy M. Weber*
       Dorothy M. Weber, Esq.

By:   */s/ Mark C. Rifkin*
       Mark C. Rifkin, Esq.