# HERBSMAN HAFER WEBER & FRISCH, LLP

ATTORNEYS AT LAW
494 EIGHTH AVENUE, SIXTH FLOOR
NEW YORK, NEW YORK 10001

JONAS E. HERBSMAN
J. JEFFREY HAFER
DOROTHY M. WEBER
MICHAEL B. FRISCH

RAKHIL KALANTAROVA
JEREMY B. HERBSMAN*+

JAMES E. DOHERTY
OF COUNSEL

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471

*ALSO MEMBER CALIFORNIA BAR
+PENDING ADMISSION IN NEW YORK

WRITER'S E-MAIL:
dorothy@musiclaw.com

April 30, 2026

**Via ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1506
New York, New York 10007

Re:  *Experience Hendrix, L.L.C., et al vs. Noel Redding Estate Ltd., et al,*
     Case No. 22-cv-00443-RA

Dear Judge Abrams:

In furtherance of our Joint Status Report dated March 5, 2026 (Dkt. 59) (the "Status Report") and in accordance with the Court's Order dated April 14, 2025 (Dkt. 57), the parties in the above-captioned action respectfully submit this letter as a supplement to the Status Report on the English action.

On April 28, 2026, the High Court in England (Claim Number IL-2022-000013), before Mr. Justice Edwin Johnson (the "English Claim"), issued a judgment on the merits of the sustained claims. A copy of the judgment issued in the English Claim is attached hereto as Exhibit A.

Both sides are currently awaiting information from UK counsel regarding the status of whether or not the decision will be appealed.

Respectfully submitted,

Herbsman Hafer Weber & Frisch, LLP

By: _____
Dorothy M. Weber, Esq.

Wolf Haldenstein Adler Freeman & Herz LLP

By:    */s/ Mark C. Rifkin*
       Mark C. Rifkin, Esq.