UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EXPERIENCE HENDRIX, L.L.C., a Washington Limited Liability Company, and AUTHENTIC HENDRIX, LLC, a Washington Limited Liability Company and SONY MUSIC ENTERTAINMENT, a Delaware Partnership,

Plaintiffs,

-against-

NOEL REDDING ESTATE LTD and MITCH MITCHELL ESTATE LTD,

Defendants.

---------------------------------------------------------------x

Case No.: 22-cv-443 (RA)

**NOTICE OF MOTION TO LIFT THE STAY AND FOR LEAVE TO AMEND THE COMPLAINT**

**PLEASE TAKE NOTICE** that Plaintiffs Experience Hendrix, L.L.C., Authentic Hendrix, LLC, and Sony Music Entertainment (collectively, the "Plaintiffs"), upon the accompanying Memorandum of Law, including the accompanying Declarations of Dorothy M. Weber and Patrick J. Gardiner in support of such motion, by their attorneys Herbsman Hafer Weber & Frisch, LLP, hereby move this Court before the Honorable Ronnie Abrams, at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, to lift the stay of proceedings this Court previously entered on May 16, 2023 (Dkt. 54), and issue an order, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for leave to file a First Amended Complaint against Defendants Noel Redding Estate Ltd and Mitch Mitchell Estate Ltd, together with such other and

further relief as the Court deems just and proper.

Dated: September 18, 2026
New York, New York

Respectfully Submitted,

HERBSMAN HAFER WEBER &
FRISCH, LLP

By: ______________________

Dorothy M. Weber
494 Eighth Avenue, Suite 600
New York, New York 10001
(212) 245-4580
dorothy@musiclaw.com

*Attorneys for Plaintiffs Experience Hendrix L.L.C., Authentic Hendrix LLC and Sony Music Entertainment*